UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 15-1455 _____ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Stop Reckless Economic Instability Caused by Democrats ("Stop Reid");
Tea Party Leadership Fund; and Alexandria Republican City Committee _____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_____
(signature)

Dan Backer
Name (printed or typed)

202-210-5431
Voice Phone

DB Capitol Strategies PLLC
Firm Name (if applicable)

202-478-0750
Fax Number

203 South Union Street, Suite 300

Alexandria, VA 22314
Address

dbacker@dbcapitolstrategies.com
E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on May 22, 2015 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| Upon all Appellants via email per prior agreement of the parties. | Upon Appellee via email per prior agreement of the parties. |
|---|---|

_____
Signature

May 22, 2015
Date

05/07/2014
SCC