# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 22, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No.   15-1455,       Stop R.E.I.D. v. Federal Election Commission
                     1:14-cv-00397-AJT-IDD

TO:   Dan Backer

FILING CORRECTION DUE:  June 1, 2015

Please make the correction identified below and file a corrected document by the date indicated.

[ ] Document was illegible, incomplete, or incorrect. Please correct as described and refile: [_____].

[ ] Incorrect event used. Please refile document using [_____].

[ ] Incorrect filer selected. Please refile document, selecting correct filer.

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

[ ] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

[X] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

[ ] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for admission** to practice.

[ ] Document requires signature. Please sign and refile the document.

[ ] The entry "administrative record adopted" must be docketed in this case.

[ ] Other: Please correct as described and refile: [_____].

Tony Webb, Deputy Clerk
804-916-2702